

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
SEP 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of        )
                                      )
                                      )
15 Rio Camino Court, Sacramento, California )   Case No. 2:18-SW-739 KJN
                                      )
                                      )

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-1, attached and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before ___Sept. 12, 2018___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ between 5:00 a.m. and 10:00 p.m. because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Aug 29, 2018  4:45 pm            _____/s/_____
                                                         Judge's signature

City and state:   Sacramento, California             Kendall J. Newman, U.S. Magistrate Judge
                                                         *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>**2:18-SW-739 KJN** | Date and time warrant executed:<br>**September 6, 2018; 0500 hrs** | Copy of warrant and inventory left with:<br>**On Dining Room Table** |
| Inventory made in the presence of:<br>**Special Agent Laura Cuthbert** | | |
| Inventory of the property taken and name of any person(s) seized:<br>**See attached FBI Evidence Log.** | | |

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  9/17/2018

Signature of Judge                                           Date

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

| UCFN | Item # | Description | Acquired Or Barcode # | Acquisition Event |
|---|---|---|---|---|
| 245D-SC-7631057 | 1B46 | (U) Item 1 - Cash - $1562 USD: $1 x 2, $10 x 1, $20 x 10, $50 x 1, $100 x 13. - Found in Room B | 9/6/2018 E623746 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B47 | (U) Item 2 - Phone, black, flip, LG - Found in Room B | 9/6/2018 E623747 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B48 | (U) Item 3 - Converter for pistols - Found in Room G | 9/6/2018 E623748 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B49 | (U) Item 4 - Two (2) phones, flip, LG, black, 1)IMEI 356585-09-173663-7, 2)IMEI 359926-08-082423 - Found in Room H | 9/6/2018 E623749 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B50 | (U) Item 5 - Phone, black and silver, Samsung, DEC 089656935106824761; and iPad, black A1566, S/N DMPSKNNAHG5D - Found in Room I | 9/6/2018 E623750 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B51 | (U) Item 6 - Ledger, black, beige pages - Found in Room B | 9/6/2018 E623751 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B52 | (U) Item 7 - Gun, S&W revolver, black, 45 caliber, CTT7165 "gov" loaded with 6 cartridges, found inside a black backpack on the floor - Found in Room B (cartridges separated, see Item #8) | 9/6/2018 E623752 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B53 | (U) Item 8 - Six (6) cartridges, 45 caliber, separated from #7 S&W revolver, found in a black backpack on the floor - Found in Room B | 9/6/2018 E623753 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B54 | (U) Item 9 - Scale, silver and black - Found in Room I | 9/6/2018 E623754 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B55 | (U) Item 10 - Gun, Glock 22 Gen 4 S/N PSL122, black, stamped with "California Game Warden", found under a dresser, with a loaded magazine and chambered round of ammunition - Found in Room I (Magazine and ammunition separated, see Item #11 and Item #12) | 9/6/2018 E623755 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B56 | (U) Item 11 - Magazine, black, was loaded in Item #10 Glock S/N PSL122, found under a dresser - Found in Room I | 9/6/2018 E623756 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B57 | (U) Item 12 - Ammunition, Fourteen (14) rounds, federal 40 S&W, was loaded in Item #10 Glock S/N PSL122 - Found in Room I | 9/6/2018 E623757 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B58 | (U) Item 13 - Gun, HK P2000, 9mm, black, S/N 116-049202, found under a dresser, with a loaded magazine, no round in the chamber - Found in Room I (magazine and ammo separated, see Item #14 and #15) | 9/6/2018 E623758 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B59 | (U) Item 14 - Magazine, black, was loaded in Item #13 HK P2000 S/N 116-049202, found under a dresser - Found in Room I. | 9/6/2018 E623759 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B60 | (U) Item 15 - Ammunition, Five (5) rounds, FC Luger 9mm, was loaded in Item #13 HK P2000 S/N 116-049202 - Found in Room I | 9/6/2018 E623760 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B61 | (U) Item 16 - Crystalline substance from table in garage, suspected to be methamphetamine - Found in Room K, weight w/o k-pac 55.3g. | 9/6/2018 E623761 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B62 | (U) Item 17 - Crystalline substance from table in garage, suspected to be methamphetamine - Found in Room K. weight w/o k-pac 72.6g. | 9/6/2018 E623762 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B63 | (U) Item 18 - Phone, black, flip, LG, IMEI: 359926-08-143904-7 - Found in Room B | 9/6/2018 E623763 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |

| | | | | |
|---|---|---|---|---|
| 245D-SC-7631057 | 1B64 | (U) Item 19 - Two (2) magazines for FN Herstal gun, one with 20 round capacity and the other with 20 rounds plus an extender - Found in Room B | 9/6/2018 | E623764 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B65 | (U) Item 20 - Ammunition, Fifteen (15) total: 9 of Gamebor 73mm; 2 of Federal Buck; 4 of 45 Colt - Found in Room B | 9/6/2018 | E623765 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B66 | (U) Item 21 - White crystalline substance inside a clear plastic baggie, field tested positive for methamphetamine - Found in Room B. weight w/o k-pac 38.5g. | 9/6/2018 | E623766 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B67 | (U) Item 22 - Black tar-type substance inside clear plastic baggie, suspected to be heroin - Found in Room B. Weight w/o k-pac 26.2g | 9/6/2018 | E623767 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B68 | (U) Item 23 - Phone, silver and black, ZTE, Verizon, IMEI 990008871723644 - Found in Room B | 9/6/2018 | E623768 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B69 | (U) Item 24 - Ammunition, Twenty five (25) total: 8 of Hornady 9mm Luger; 17 of PMG 380 auto; all packaged in a box labeled "Hornady Critical Duty" - Found in Room B | 9/6/2018 | E623769 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B70 | (U) Item 25 - Phone, Samsung, Verizon, MEID A000000476FD74F - Found in Room A | 9/6/2018 | E623770 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B71 | (U) Item 27 - Ammunition, 150 rounds of 5.7 x 28mm inside three boxes labeled FNH USA & 6 rounds of Speer Luger 9mm - Found in Room K | 9/6/2018 | E623771 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B72 | (U) Item 28 - Bills/Documents with Saeteurn name - Found in Room I | 9/6/2018 | E623772 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B73 | (U) Item 29 - Plastic packaging with crystaline residue suspected to be methamphetamine from table in garage - Found in Room K | 9/6/2018 | E623773 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B74 | (U) Item 30 - Plastic packaging with crystaline residue suspected to be methamphetamine from inside a box in garage - Found in Room K | 9/6/2018 | E623774 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B75 | (U) Item 31 - Cash - $16,220 USD: $20 x 541, $50 x 20, $100 x 44 - Found in Room B | 9/6/2018 | E623775 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B76 | (U) Item 32 - Plastic containers with red and blue lids with a crystalline residue suspected to be methamphetamine from table in garage - Found in Room K | 9/6/2018 | E623776 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B77 | (U) Item 33 - Plastic baggies with crystaline residue suspected to be methamphetamine from table in garage - Found in Room K | 9/6/2018 | E623777 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B78 | (U) Item 34 - Phone, black, flip, Samsung, broken in half, MEID A00000476DFADF, found in black backpack on floor - Found in Room B | 9/6/2018 | E623778 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B79 | (U) Item 35 - Packaging with crystalline substance suspected to be methamphetamine from floor of garage - Found in Room K | 9/6/2018 | E623779 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B80 | (U) Item 36 - Scale, silver and black, with crystaline residue suspected to be methamphetamine - Found in Room K | 9/6/2018 | E623780 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B81 | (U) Item 37 - Coffee grinder, black, with crystline residue suspected to be methamphetamine - Found in Room K | 9/6/2018 | E623781 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B82 | (U) Item 38 - Crystaline substance suspected to be methamphetamine from wooden cabinet in garage - Found in Room K. Weight w/o k-pac 88.1g. | 9/6/2018 | E623782 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |

| | | | | |
|---|---|---|---|---|
| 245D-SC-7631057 | 1B83 | (U) Item 39 - Crystalline substance suspected to be methamphetamine from inside a box on floor of garage - Found in Room K. Weight w/o K-pac 27.8g. | 9/6/2018 | E623783 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B84 | (U) Item 40 - Scale, black and silver, with plastic lid with crystline substance suspected to be methamphetamine - Found in Room K | 9/6/2018 | E623784 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B85 | (U) Item 41 - Twenty (20) packages wrapped in plastic wrap/cellophane and tape, suspected to be methamphetamine from the trunk of Chevrolet Camaro CA 7BHS564; FDIN 2018-681013 - Found in Room K. Pre box weight 12261.6g. | 9/6/2018 | E623785 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B86 | (U) Item 42 - Crystline substance suspected to be methamphetamine, from passenger compartment of Chevrolet Camaro CA 7BHS564 - Found in Room K. Pre weight 28.2g. | 9/6/2018 | E623786 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |
| 245D-SC-7631057 | 1B87 | (U) Item 26 - Five (5) phones: 1) Blue AT&T S/N 325152502439; 2) blue AT&T S/N 325453242531; 3) Black Samsung MEID A000004753E992; 4) Blue AT&T S/N 325153090277; 5) Black Samsung MEID A000004753EA8F - Found in Room K | 9/6/2018 | E623787 | (U) Search warrant executed at 15 Rio Camino Ct., Sacramento, CA |

## **ATTACHMENT A-1**

### *Location to be Searched*

**Target Residence 1,** 15 Rio Camino Court, Sacramento, California



15 Rio Camino Court is located in Sacramento, California. The building is a single-story, single-family residence. It holds about 1202 square-feet, 3 bedrooms, and 2 bathrooms.

The front door and the two-car garage of this residence face east. The home is located at the end of Rio Camino Court. It is north of the intersection of Powderhorn Way and Cattle Drive.

The residence is tan in color with white trim. The front door and garage doors are white in color. The roof is a dark grey composite shingle type.

The residence can be identified by the numbers "15," which are about 8 inches high and affixed to the garage pillar.

The search of the aforementioned location shall include any and all attachments, including attics, basements, garages, safes, carports, outbuildings, trailers, appurtenances thereto, and all other areas within the curtilage.

## **ATTACHMENT B**

### *Items to be Seized*

All evidence constituting evidence, fruits, proceeds, and instrumentalities of violations of the **Target Offenses**, specifically:

1. Title 21 United States Code, Section 841(a)(1) – Distribution, manufacturing, and possession with intent to distribute controlled substances.

2. Title 21 United States Code, Sections 846 and 841(a)(1) – Conspiracy to distribute controlled substances

3. Title 18 United States Code, Section 924(c) – Using a firearm in connection with a drug trafficking offense.

This evidence includes:

1. Any controlled substances, illegal drugs or drug paraphernalia, including scales, measuring devices, and weighing devices; narcotics diluting or cutting agents; narcotics packaging materials, including plastic, tin foil, cellophane, jars, plastic bags, and other containers;

2. United States currency and foreign currency linked to drug trafficking and/or the proceeds of drug trafficking;

3. Money ledgers, narcotics distribution or customer lists, narcotics supplier lists, correspondence, notations, logs, receipts, journals, books, pay and owe sheets, records and other documents noting the price, quantity, date and/or times when narcotics were purchased, possessed, transferred, distributed, sold or concealed; electronic storage devices, computer disks, computer printouts, computer codes and computer programs in addition to computer hard disks, computer screens, computer keyboards, directory disks, all computer components which operate computers and which would reveal the receipt of proceeds from drug distribution and the transfer, investment, control and disposition of those proceeds;

4. Bank account records, wire transfer records, bank statements, safety deposit keys and records, money wrappers, money containers, income tax returns, evidence of financial transfer, or movement of money generated from the sale of narcotics;

5. Cellular telephones, telephone paging devices, beepers, mobile phones, car phones, answering machines and tapes, and other communication devices;

6. Personal telephone and address books and listings, letters, cables, telegrams, telephone bills, photographs, audio and video tapes, personal notes and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates in drug trafficking activities;

7. Financial instruments purchased with large amounts of currency derived from the sale of controlled substances, including travelers checks, bonds, stock certificates, money orders, prepaid credit cards, green dot cards, cashier's checks and certificates of deposit; money counting machines, money wrappers and bags used to carry controlled substances;

8. Records, documents and deeds reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry, or other items obtained with the proceeds of the sales of controlled substances;

9. Records, items, and documents reflecting travel, including airline tickets, credit card receipts, travel vouchers, hotel and restaurant receipts, canceled checks, maps and written directions to location;

10. Records, items, and documents reflecting shipment or mailing of controlled substances;

11. Handguns, shotguns, rifles, ammunition and other firearms possessed in relation to drug trafficking or discovered in the possession of a prohibited person;

12. Devices commonly used to conduct counter-surveillance against law enforcement including, but not limited to, scanners, police radios, surveillance cameras, recordings of surveillance footage, monitors, anti-bugging devices, and devices used to detect the presence of wiretaps, recording devices, transmitters, and/or receipts or literature describing the same;

13. Personal property tending to show the existence and/or location of other stored narcotics including, but not limited to, storage locker receipts, records, and maps, safety deposit keys and corresponding; and

14. Indicia of occupancy, residency, control or ownership of the premises and things described in this warrant, including utility bills, telephone bills, loan payment receipts, rent documents, canceled envelopes and keys, photographs, and bank records.